a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BORIS OSTANIN #A246-976-823,<br>Petitioner | CIVIL DOCKET NO. 1:26-CV-00119<br>SEC P |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| WARDEN LASALLE DETENTION<br>FACILITY ET AL,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is an Emergency Motion for Expedited Consideration (ECF No. 3) filed by pro se Petitioner Boris Ostanin ("Ostanin"), an immigration detainee at the Central Louisiana ICE Processing Center in Jena, Louisiana. Ostanin seeks expedited briefing of his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

A court may order a respondent to file an answer, motion, or other response, in its discretion. *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna, M.J.)[1]. And this Court has determined that a 21 day briefing schedule with seven days to reply is reasonable and appropriate in cases like Ostanin's.

---

[1] Under Rule 1(b), the Rules Governing § 2254 Cases also apply to § 2241 habeas cases. *See Hickey v. Adler*, 2008 WL 835764, *2 (E.D. Cal. 2008); *Castillo v. Pratt*, 162 F. Supp. 2d 575, 577 (N.D. Tex. 2001); *Wyant v. Edwards*, 952 F. Supp. 348 (S.D.W. Va. 1997); *see also Taylor v. Gusman*, 20-CV-449, 2020 WL 1848073, at *1 (E.D. La. Apr. 13, 2020) ("District courts are therefore free to apply these rules to habeas petitions brought under 28 U.S.C. § 2241").

1

Accordingly, the Motion (ECF No. 3) is GRANTED IN PART to the extent it generally seeks expedited briefing, but DENIED IN PART to the extent it seeks a response within 48 hours.

To determine whether Ostanin is entitled to relief, THE CLERK IS DIRECTED to serve a summons, a copy of the Petition (ECF No. 1), and a copy of this Order, by certified mail, on: (1) the United States through the United States Attorney for the Western District of Louisiana; (2) the United States Attorney General; (3) DHS/ICE through its Office of General Counsel; and (4) the Warden at the Central Louisiana ICE Processing Center in Jena.

IT IS ORDERED that a Response be filed **within 21 days following the date of service on the United States Attorney for the Western District of Louisiana**, with summary judgment evidence indicating the status of Ostanin's immigration proceedings and whether his detention is lawful.

IT IS FURTHER ORDERED that Ostanin shall have seven days thereafter to produce contradictory evidence.

After the record is complete and delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

SIGNED on Thursday, February 5, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE