UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**BORIS OSTANIN #A246-976-823**          **CASE NO. 1:26-CV-00119 SEC P**

**VERSUS**                               **JUDGE JAMES D. CAIN, JR.**

**WARDEN LASALLE DETENTION FACILITY**    **MAGISTRATE JUDGE PEREZ-MONTES**
**ET AL**

## ORDER

Before the court is an Appeal of Magistrate Judge Decision [doc. 6] filed by petitioner Boris Ostantin, objecting to the response deadlines set to his habeas petition in an order [doc. 4] issued by the magistrate judge. The court finds no basis to alter these deadlines. Accordingly, the Appeal [doc. 6] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 13th day of February, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**