# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | |
|---|---|
| **BORIS OSTANIN** | **\* CASE NO. 1:26-cv-00119** |
| | **\*** |
| **VERSUS** | **\* JUDGE CAIN** |
| | **\*** |
| **MELISSA B.HARPER, ET. AL.** | **\* MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

UPON CONSIDERATION of the UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY be, and is hereby, GRANTED;

Alexandria, Louisiana, _____May 4,_____, 2026.

_____
UNITED STATES DISTRICT JUDGE

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE