**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **BORIS OSTANIN #A246-976-823** | **CASE NO. 1:26-CV-00119 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN LASALLE DETENTION FACILITY ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

The Report and Recommendation of the magistrate judge having been considered, together with the written objections thereto filed with this court, and, after a *de novo* review of the record, finding that the magistrate judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

The court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Petition for Writ of Habeas Corpus [doc. 1] be **GRANTED** and that the government reclassify petitioner as detained under 8 U.S.C. § 1226(a), and afford him an individualized bond hearing before an immigration judge within 14 days of this ruling. The court advises petitioner, however, that it has no authority to reconsider the immigration judge's discretionary bond decision. 8 U.S.C. § 1226(e); *accord* *Nieto Moz v. Mullin*, No. 6:26-cv-1173, doc. 24 (W.D. La. Aug. 10, 2026).

**THUS DONE AND SIGNED** in Chambers on the 8th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**